IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cr-04042-FJG-1 |
| | ) | |
| Donald Dean Dehart, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #28 filed on April 18, 2013), to which no objection has been filed, the plea of guilty to an Information which was filed on April 16, 2013, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                                                                     **/s/ Fernando J. Gaitan, Jr.**
                                                                                                     Fernando J. Gaitan, Jr.
                                                                                                     Chief United States District Judge

Dated: May 7, 2013
Kansas City, Missouri